**Order entered March 6, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01263-CR
### No. 05-18-01264-CR

**CHRISTOPHER EUGENE ADDISON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause Nos. F17-76577-J & F17-76578-J**

## ORDER

Before the Court is court reporter Kimberly Xavier's March 4, 2019 request for an extension of time to file the reporter's record. We **GRANT** the request and **ORDER** the reporter's record filed within **TWENTY-ONE DAYS** of the date of this order. Ms. Xavier is cautioned that further extensions will be disfavored.

/s/     CORY L. CARLYLE
JUSTICE